**[dntcclm]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                      Case No. 6:18−bk−05301−KSJ
                                                                                             Chapter 13

Fitz C McKinzie


_____Debtor(s)_____/          NOTICE OF CLAIM FILED BY DEBTOR

TO:

Sunset Cove HOA at Sunset Cover, Inc.
Daytona Realty and Property Management
1326 S. Ridgewood Ave.
Ste 6
Daytona Beach, FL 32114

   Notice is given pursuant to Fed. R. Bank. P. 3004 that the Debtor filed a claim on your behalf in the above captioned matter on November 30, 2018, in the amount of $1,448.29.


Dated November 30, 2018.


                                          Sheryl L. Loesch, Clerk of Court
                                          George C. Young Federal Courthouse
                                          400 West Washington Street
                                          Suite 5100
                                          Orlando, FL 32801

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
Sunset Cove HOA at Sunset Cover, Inc.
Daytona Realty and Property Management
1326 S. Ridgewood Ave.
Ste 6
Daytona Beach, FL 32114