UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

FITZ C. MCKINZIE,　　　　　　　　　　　　　　　Case No: 6:18-bk-05301
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor.
_____/

MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

> NOTICE OF OPPORTUNITY TO
> OBJECT AND REQUEST FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C Young Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorney, Matthew R. Gross, J.D., 1101 Douglas Avenue, Ste. 1000, Altamonte Springs, Florida 32714, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW, Debtor, FITZ C. MCKINZIE, by and through the undersigned attorney, and hereby moves to modify the Chapter 13 plan on the following grounds:

1.　　The Debtor's Chapter 13 Plan was confirmed on March 7, 2019 (Doc. 63).

2.　　The Debtor's plan provides for five (5) years of payments with the final payment being the August 2023 payment.

3.　　The Debtor wishes to modify the plan to skip two (2) payments. The Debtor is suffering financial hardship due to a temporary increase in work and school expenses.

4.　　The Debtor is confident he will be able to successfully complete his bankruptcy plan with the

modification. The Debtor therefore requests a modification to the confirmed plan in accord with the attached spreadsheet.

5. The Debtor's Confirmation Order provides for creditors to be paid over a period of 60 months, and secured creditors and unsecured creditors will not be adversely affected by this modification. It is further moved that the provisions for notice and hearing specified by Section 1329 (b)(2) of the Bankruptcy Code be waived.

WHEREFORE, Debtor respectfully request that this Court enter an order modifying the Confirmed Plan as set forth above.

Respectfully submitted,

/s/ FITZ C. MCKINZIE
FITZ C. MCKINZIE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Modify Chapter 13 Plan has been provided by United States mail or by electronic means on this <u>28th</u> day of <u>May</u>, 2019 to the Chapter 13 Trustee and all creditors listed in the attached matrix.

/s/ Matthew R. Gross
MATTHEW R. GROSS, J.D.
Florida Bar No.: 49863
Attorney for Debtor
Matthew R. Gross, J.D., P.A.
1101 Douglas Ave.
Altamonte Springs, FL 32714
Ph. (407) 403-5936
Fax (407) 842-7248
mrg@first.law

| DUE DATE 29TH | 18-5301 KJ 9/29/2018 Unsecured | | MCKINZIE | 10.0% Debtor Pmt | Tee Fee | | ATTY | | CLAIM 350 MONITORING | | CLAIM 006 JPM CHASE SUNSET COVE | | CLAIM 106 JPM CHASE ARR | | CLAIM 008 SUNSET COVE HOA ARR | | CLAIM 001 ENCORE AUTO NISSAN SENTRA | | CLAIM 004 RIVIERA AUTO TOYOTA CAMRY | | CLAIM 010 US DEPT ED IBR | | CLAIM 002 US DEPT HUD 2ND MTG | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | 60 | | | | | | | | | | | | | | | | | | |
| 9/29/2018 1 | $196.40 | | | $2,418.67 | $241.87 | | $100.00 | | | | $1,093.02 | | $366.24 | | $24.14 | | $318.00 | | $79.00 | | | 1 at | DUE 10.2043 |
| 10/29/2018 2 | $196.40 | | | $2,418.67 | $241.87 | | $100.00 | | | | $1,093.02 | | $366.24 | | $24.14 | | $318.00 | | $79.00 | | | | |
| 11/29/2018 3 | $196.40 | 3 at | | $2,418.67 | $241.87 | | $100.00 | | | | $1,093.02 | | $366.24 | | $24.14 | | $318.00 | | $79.00 | | | | |
| 12/29/2018 4 | $386.60 | | | $2,630.00 | $263.00 | | $100.00 | | | | $1,093.02 | | $366.24 | | $24.14 | | $318.00 | | $79.00 | | | | |
| 1/29/2019 5 | $386.60 | 2 at | | $2,630.00 | $263.00 | | $100.00 | | | | $1,093.02 | 6 at | $366.24 | 5 at | $24.14 | | $318.00 | | $79.00 | 5 at | | 4 at | |
| 2/28/2019 6 | $26.51 | 1 at | | $2,383.00 | $238.30 | | $100.00 | 6 at | | | $1,093.02 | 6 at | $366.24 | | $37.93 | | $318.00 | | $79.00 | | $124.00 | 1 at | POC 5 |
| 3/29/2019 7 | $0.00 | 1 at | | $2,136.00 | $213.60 | 7 at | $100.00 | | | 7 at | $1,093.02 | 1 at | $170.45 | 2 at | $37.93 | 7 at | $318.00 | 7 at | $79.00 | 2 at | $124.00 | 1 at | WELLS FARGO |
| 4/29/2019 8 | $0.00 | | | | $0.00 | | | | | | | | | | | | | | | | | 1 at | SEC CC |
| 5/29/2019 9 | $0.00 | 2 at | | | $0.00 | 2 at | | 3 at | | 2 at | | 2 at | | 2 at | | 2 at | | 2 at | | 2 at | | 1 at | SURR |
| 6/29/2019 10 | $131.61 | | | $2,859.60 | $285.96 | 1 at | $100.00 | | $65.00 | | $1,311.63 | | $384.45 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 7/29/2019 11 | $181.61 | | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | | $1,311.63 | | $384.45 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 8/29/2019 12 | $181.61 | | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | | $1,311.63 | | $384.45 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 9/29/2019 13 | $181.61 | | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | | $1,311.63 | | $384.45 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 10/29/2019 14 | $181.61 | | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | | $1,311.63 | | $384.45 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 11/29/2019 15 | $181.61 | | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | | $1,311.63 | | $384.45 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 12/29/2019 16 | $181.61 | | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | | $1,311.63 | | $384.45 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 1/29/2020 17 | $181.61 | | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | | $1,311.63 | | $384.45 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 2/29/2020 18 | $181.61 | | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | 9 at | $1,311.63 | | $384.45 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 3/29/2020 19 | $181.67 | 10 at | | $2,859.60 | $285.96 | | $50.00 | 10 at | $65.00 | 1 at | $1,311.57 | 10 at | $384.45 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 4/29/2020 20 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 5/29/2020 21 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 6/29/2020 22 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 7/29/2020 23 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 8/29/2020 24 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 9/29/2020 25 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 10/29/2020 26 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 11/29/2020 27 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 12/29/2020 28 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 1/29/2021 29 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 2/28/2021 30 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 3/29/2021 31 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 4/29/2021 32 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 5/29/2021 33 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 6/29/2021 34 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 7/29/2021 35 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 8/29/2021 36 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 9/29/2021 37 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 10/29/2021 38 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 11/29/2021 39 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 12/29/2021 40 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 1/29/2022 41 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 2/28/2022 42 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 3/29/2022 43 | $0.00 | | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,093.02 | | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 4/29/2022 44 | $0.00 | | | $2,383.00 | $238.30 | 34 at | $50.00 | | $50.00 | | $1,093.02 | 25 at | $370.73 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 5/29/2022 45 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 6/29/2022 46 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 7/29/2022 47 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 8/29/2022 48 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 9/29/2022 49 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 10/29/2022 50 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 11/29/2022 51 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 12/29/2022 52 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 1/29/2023 53 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 2/28/2023 54 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 3/29/2023 55 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 4/29/2023 56 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 5/29/2023 57 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 6/29/2023 58 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | |
| 7/29/2023 59 | $14.87 | | | $2,383.00 | $238.30 | | | | $50.00 | | $1,093.02 | | $405.86 | 50 at | $39.42 | 50 at | $330.50 | 50 at | $82.16 | 50 at | $128.87 | | |
| 8/29/2023 60 | $16.29 | 41 at | | $2,383.00 | $238.30 | 16 at | | 41 at | $50.00 | 41 at | $1,093.02 | 16 at | $405.86 | 1 at | $39.06 | 1 at | $330.14 | 1 at | $81.83 | 1 at | $128.50 | 51 at | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| $0 UNS | $3,394.42 | | | $143,334.01 | $14,333.40 | | $2,500.00 | | $2,700.00 | | $65,581.20 | | $21,974.40 | | $2,206.62 | | $19,081.14 | | $4,742.83 | | $6,820.00 | | |
| PER OBJS --- | $1.00 | | | | | | ATTY | | CLM 350 | | CLM 006 | | CLM 106 | | CLM 008 | | CLM 001 | | CLM 004 | | CLM 010 | | CLM 002 |
| SL W TIERS | 339442% | | | | | | $2,500.00 | | $ 2,700.00 | | ONGOING | | PD @ 18% | | PD @ 6.5% | | PD @ 6.5% | | IBR TOWARDS: | | | | |
| | LIQUIDITY - $0.00 | | | | | | | | | | $ 65,581.20 | | $ 21,974.40 | | $ 2,206.62 | | $ 19,081.14 | | $ 4,742.83 | | $ 16,154.39 | | |
| | DI - $2533 | | | | | | | | | | | | | | | | | | 2007 TOYOTA CAMRY | | 6820.00 | | |

```
Label Matrix for local noticing         JPMorgan Chase Bank, National Association   Fitz C McKinzie
113A-6                                  Kahane & Associates, P.A.                   3823 Sunset Cove Drive
Case 6:18-bk-05301-KSJ                  c/o Taji S. Foreman, Esq.                   Port Orange, FL 32129-1909
Middle District of Florida              8201 Peters Road, Suite 3000
Orlando                                 Plantation, FL 33324-3292
Tue May 28 09:54:51 EDT 2019

Atlas Acquisitions LLC -                Bca Financial Services                      Chase Auto
294 Union St.                           18001 Old Cutler Rd Ste                     Po Box 901003
Hackensack, NJ 07601-4303               Palmetto Bay, FL 33157-6437                 Ft Worth, TX 76101-2003


Chase Mtg                               Convergent Outsourcing                      (p)CREDIT PROTECTION ASSOCIATION LP
Po Box 24696                            800 Sw 39th St                              PARKWAY CENTER V
Columbus, OH 43224-0696                 Renton, WA 98057-4927                       2500 DALLAS PARKWAY SUTIE 500
                                                                                    PLANO TX 75093-4867


Encore Automotive Acce                  Encore Automotive Acceptance -              Equifax
4975 Preston Park Blvd S                P.O. Box 3730                               P.O. Box 740241
Plano, TX 75093-5217                    Coppell, TX 75019-3701                      Atlanta, GA 30374-0241


Experian                                Fedloan                                     Florida Department of Revenue
P.O. Box 2104                           Po Box 60610                                Bankruptcy Unit
Allen, TX 75013-9504                    Harrisburg, PA 17106-0610                   Post Office Box 6668
                                                                                    Tallahassee FL 32314-6668


Gm Financial                            Internal Revenue Service                    JPMorgan Chase Bank, N.A. -
Po Box 181145                           Post Office Box 7346                        Chase Records Center
Arlington, TX 76096-1145                Philadelphia PA 19101-7346                  Attn: Correspondence Mail
                                                                                    Mail Code LA4-5555
                                                                                    700 Kansas Lane
                                                                                    Monroe, LA 71203-4774

Plain Green                             Regional Acceptance Co                      Regional Acceptance Corporation -
93 Mack Road Suite 600 Po Box 270       1420 E Fire Tower Rd Ste                    PO BOX 1847
Box Elder, MT 59521-0270                Greenville, NC 27858-4139                   Wilson, NC 27894-1847


Riviera Auto Sales South -              Santander                                   Security Credit Servic
266 Ridgewood Ave.                      Po Box 961245                               2653 W Oxford Loop
Holly Hill, FL 32117-4944               Fort Worth, TX 76161-0244                   Oxford, MS 38655-2929


Sunset Cove HOA at Sunset Cover, Inc. -  TransUnion                                 U S Dept Of Ed/Gsl/Atl -
Daytona Realty and Property Management   P.O. Box 1000                              Po Box 4222
1326 S. Ridgewood Ave.                   Chester, PA 19016-1000                     Iowa City, IA 52244
Ste 6
Daytona Beach, FL 32114-6193


U.S. Department of HUD                  U.S. Department of HUD -                    US Department of Education -
2401 N.W. 23rd Street, Suite 1A1        451 7th Street S.W.                         PO Box 16448
Oklahoma City OK 73107-2448             Washington DC 20410-0001                    St. Paul, MN 55116-0448
```

| | | |
|---|---|---|
| Us Dep Ed<br>Po Box 5609<br>Greenville, TX 75403-5609 | Us Dept Ed<br>Po Box 7202<br>Utica, NY 13504-7202 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 |
| Wells Fargo Bank<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank, N.A. -<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |
| United States Trustee - ORL7/13 7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Taji S. Foreman +<br>Kahane and Associates<br>8201 Peters Road, Suite 3000<br>Plantation, FL 33324-3292 | Matthew R Gross +<br>Matthew R Gross, J.D., PA<br>1101 Douglas Ave.<br>Altamonte Springs, FL 32714-2033 |
| Atlas Acquisitions LLC +<br>Attn: Avi Schild<br>294 Union Street<br>Hackensack, NJ 07601-4303 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX 75240

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann<br>Orlando | (d)Riviera Auto Sales South -<br>266 Ridgewood Ave.<br>Holly Hill, FL 32117-4944 | (u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF<br>-------------------------------------------<br>Note: Entries with a '-' at the end of the name have filed a claim in this case |

End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42