UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FITZ C. MCKINZIE,                                       Case No: 6:18-bk-05301-KSJ
                                                        Chapter 13

Debtor.
_____ /

OBJECTION TO MOTION TO DISMISS FOR
FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS (DOC. NO. 86)

COMES NOW the Debtor and files this Objection to Trustee's Motion to Dismiss Case for Debtor's Failure to Maintain Timely Plan Payments (Doc. No. 86), stating the following:

1. Trustee filed a Motion to Dismiss for Failure to Maintain Timely Plan Payments (Doc.No. 86) on 3/4/2021.

2. The Motion to Dismiss for Failure to Maintain Timely Plan Payments (Doc. No. 86) stated a delinquency in the sum of $7,149.00.

3. Debtor's most recent payment had not yet posted to the trustee when the Motion was filed. Taking into account this payment of $2,383.00, the delinquency is reduced to $4,766.00. A copy of the TFS Bill Pay account detail showing this transaction is attached as Exhibit A.

4. Debtor has scheduled payments to resolve the remaing past due amount via TFS Bill Pay. These scheduled transactions are displayed on the TFS Bill Pay account detail attached as Exhibit A.

5. Debtor will therefore be current prior to the date of a hearing set on this matter.

WHEREFORE Debtor respectfully objects to the Trustee's Motion to Dismiss for Failure to Maintain Timely Plan Payments (Doc. No. 86) and respectfully requests the Court set this matter for a hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been provided electronically or by United States mail on this <u>23rd</u> day of March, 2021 to Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 3450, Winter Park, Florida 32790-3450.

<u>/s/ Matthew R. Gross, J.D.</u>
MATTHEW R. GROSS, J.D.
Florida Bar No.: 49863
Fresh-Start.Law, P.A.
1101 Douglas Ave., Ste. 1000
Altamonte Springs, FL 32714
Ph. (407) 403-5936
Fax (407) 842-7248
mrg@first.law

⚠ ALERT    You're not allowed to manage this account. Please **upload an authorization.**    ✕

# Debtor – Fitz Mckinzie

| Personal Info | Bank Info | Payments | Authorization | Case Info | **Activate** |

## Personal Info  *Edit*

**Name**
Fitz Mckinzie

**Email**
mckinziefc@live.com

**Address**
3823 Sunset Cove Drive
Port Orange FL 32129

**Phone**
386-631-8434

---

**Currently set to pay**
Laurie K Weatherford

**Status**
Active - Enrolled

User Authorization Required

Convert to eWage

Archive Debtor

Print MoneyGram Card

---

## Bank Info  *Edit*

**Bank name**           **Account Type**
Wells Fargo Bank        Checking

**Account Number**      **Routing Number**
******9581              063107513

## Payments  *Edit*

**Schedule**
Always Manual Payments

## Authorization

**No authorization. You cannot manage this account without an authorization.**

Add Authorization

## Case Info  *Edit*

**Case Number**
18-05301



**Trustee**

Laurie K Weatherford

## ⇄ Upcoming Transactions



| Date | Payee | Type | Amount | TFS Fee | Total |
|---|---|---|---|---|---|
| April 22, 2021 | Laurie K Weatherford | Manual Debtor Payment | $2,383.00 | $7.99 | $2,390.99 |
| April 08, 2021 | Laurie K Weatherford | Manual Debtor Payment | $2,383.00 | $7.99 | $2,390.99 |
| March 25, 2021 | Laurie K Weatherford | Manual Debtor Payment | $2,383.00 | $7.99 | $2,390.99 |

## ⇄ Processing Transactions

## ⇄ Recent Transactions

☰ View All Transactions

| Date | Payee | Type | Status | Amount | TFS Fee | Total |
|---|---|---|---|---|---|---|
| February 25, 2021 | Laurie K Weatherford | Manual Debtor Payment | Complete | $2,383.00 | $7.99 | $2,390.99 |

Copyright ©2011-2021. Nationwide TFS. LLC | 500 North Broadway. Suite 240. Jericho. NY 117531 Privacy Policy