# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
### Orlando Division

IN RE:                                                            Case No:     6:18-bk-05301-GER

**FITZ C MCKINZIE**

                                      Debtor    /         Chapter 13

## TRUSTEES CONSENT TO DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN
Pursuant to attached spreadsheet.

    COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and consents to the entry of an Order granting the Debtor's Motion to Modify Confirmed Plan (Document No. 97).

### Certificate of Service

    I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 25th day of October, 2022.

**Debtor** - Fitz C Mckinzie , 3823 Sunset Cove Drive, Port Orange, FL  32129

**Debtor'sAttorney -** Matthew R Gross, Fresh Start Law, 498 Palm Springs Dr, Ste 100, Altamonte Springs, FL  32701

                                                   /S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com

| DUE DATE 29TH | | 18-5301 KJ 9/29/2018 Unsecured | | Debtor Pmt | 10.0% Tee Fee | | ATTY | | CLAIM 350 MONITORING | | CLAIM 006 CARRINGTON SUNSET COVE | | CLAIM 106 CARRINGTON ARR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | 60 | | | | | | | | | | |
| 9/29/2018 | 1 | $196.40 | | $2,418.67 | $241.87 | | $100.00 | | | | $1,093.02 | | $366.24 |
| 10/29/2018 | 2 | $196.40 | | $2,418.67 | $241.87 | | $100.00 | | | | $1,093.02 | | $366.24 |
| 11/29/2018 | 3 | $196.40 | 3 at | $2,418.67 | $241.87 | | $100.00 | | | | $1,093.02 | | $366.24 |
| 12/29/2018 | 4 | $386.60 | | $2,630.00 | $263.00 | | $100.00 | | | | $1,093.02 | | $366.24 |
| 1/29/2019 | 5 | $386.60 | 2 at | $2,630.00 | $263.00 | | $100.00 | | | | $1,093.02 | | $366.24 |
| 2/28/2019 | 6 | $26.51 | 1 at | $2,383.00 | $238.30 | | $100.00 | 6 at | | | $1,093.02 | 6 at | $366.24 |
| 3/29/2019 | 7 | $0.00 | 1 at | $2,136.00 | $213.60 | 7 at | $100.00 | | | 7 at | $1,093.02 | 1 at | $170.45 |
| 4/29/2019 | 8 | $0.00 | | | $0.00 | | | | | | | | |
| 5/29/2019 | 9 | $0.00 | 2 at | | $0.00 | 2 at | | 3 at | | 2 at | | 2 at | |
| 6/29/2019 | 10 | $131.61 | | $2,859.60 | $285.96 | 1 at | $100.00 | | $65.00 | | $1,311.63 | | $384.45 |
| 7/29/2019 | 11 | $181.61 | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | | $1,311.63 | | $384.45 |
| 8/29/2019 | 12 | $181.61 | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | | $1,311.63 | | $384.45 |
| 9/29/2019 | 13 | $181.61 | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | | $1,311.63 | | $384.45 |
| 10/29/2019 | 14 | $181.61 | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | 5 at | $1,311.63 | | $384.45 |
| 11/29/2019 | 15 | $247.61 | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | | $1,245.63 | | $384.45 |
| 12/29/2019 | 16 | $247.61 | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | | $1,245.63 | | $384.45 |
| 1/29/2020 | 17 | $247.61 | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | | $1,245.63 | | $384.45 |
| 2/29/2020 | 18 | $247.61 | | $2,859.60 | $285.96 | | $50.00 | | $65.00 | 4 at | $1,245.63 | | $384.45 |
| 3/29/2020 | 19 | $247.67 | 10 at | $2,859.60 | $285.96 | | $50.00 | 10 at | $65.00 | 1 at | $1,245.57 | 10 at | $384.45 |
| 4/29/2020 | 20 | $29.41 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,063.61 | | $370.73 |
| 5/29/2020 | 21 | $29.41 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,063.61 | | $370.73 |
| 6/29/2020 | 22 | $29.41 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,063.61 | | $370.73 |
| 7/29/2020 | 23 | $29.41 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,063.61 | | $370.73 |
| 8/29/2020 | 24 | $29.41 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,063.61 | | $370.73 |
| 9/29/2020 | 25 | $29.41 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,063.61 | | $370.73 |
| 10/29/2020 | 26 | $29.41 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,063.61 | | $370.73 |
| 11/29/2020 | 27 | $29.41 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,063.61 | | $370.73 |
| 12/29/2020 | 28 | $29.41 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,063.61 | | $370.73 |
| 1/29/2021 | 29 | $29.41 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | 10 at | $1,063.61 | | $370.73 |
| 2/28/2021 | 30 | $49.70 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,043.32 | | $370.73 |
| 3/29/2021 | 31 | $49.70 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,043.32 | | $370.73 |
| 4/29/2021 | 32 | $49.70 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,043.32 | | $370.73 |
| 5/29/2021 | 33 | $49.70 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,043.32 | | $370.73 |
| 6/29/2021 | 34 | $49.70 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,043.32 | | $370.73 |
| 7/29/2021 | 35 | $49.70 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,043.32 | | $370.73 |
| 8/29/2021 | 36 | $49.70 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,043.32 | | $370.73 |
| 9/29/2021 | 37 | $49.70 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,043.32 | | $370.73 |
| 10/29/2021 | 38 | $49.70 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,043.32 | | $370.73 |
| 11/29/2021 | 39 | $49.70 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,043.32 | | $370.73 |
| 12/29/2021 | 40 | $49.70 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,043.32 | | $370.73 |
| 1/29/2022 | 41 | $49.70 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | 12 at | $1,043.32 | | $370.73 |
| 2/28/2022 | 42 | $27.90 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,065.12 | | $370.73 |
| 3/29/2022 | 43 | $27.90 | | $2,383.00 | $238.30 | | $50.00 | | $50.00 | | $1,065.12 | | $370.73 |
| 4/29/2022 | 44 | $27.90 | | $2,383.00 | $238.30 | 34 at | $50.00 | | $50.00 | | $1,065.12 | 25 at | $370.73 |
| 5/29/2022 | 45 | $42.77 | | $2,383.00 | $238.30 | | | | $50.00 | | $1,065.12 | | $405.86 |
| 6/29/2022 | 46 | $42.77 | 27 at | $2,383.00 | $238.30 | | | | $50.00 | | $1,065.12 | | $405.86 |
| 7/29/2022 | 47 | $22.52 | 1 at | $2,360.50 | $236.05 | | | 28 at | $50.00 | 6 at | $1,065.12 | 3 at | $405.86 |
| 8/29/2022 | 48 | $0.00 | | $0.00 | $0.00 | | | | | | | | |
| 9/29/2022 | 49 | $0.00 | 2 at | $0.00 | $0.00 | | | 2 at | | 2 at | | 2 at | |
| 10/29/2022 | 50 | $0.07 | 1 at | $2,383.00 | $238.30 | | | 1 at | $92.70 | | $1,065.12 | 1 at | $405.86 |
| 11/29/2022 | 51 | $0.36 | | $2,826.00 | $282.60 | | | | $55.73 | | $1,065.12 | | $487.04 |
| 12/29/2022 | 52 | $0.36 | | $2,826.00 | $282.60 | | | | $55.73 | | $1,065.12 | | $487.04 |
| 1/29/2023 | 53 | $0.36 | | $2,826.00 | $282.60 | | | | $55.73 | | $1,065.12 | | $487.04 |
| 2/28/2023 | 54 | $0.36 | | $2,826.00 | $282.60 | | | | $55.73 | | $1,065.12 | | $487.04 |
| 3/29/2023 | 55 | $0.36 | | $2,826.00 | $282.60 | | | | $55.73 | | $1,065.12 | | $487.04 |
| 4/29/2023 | 56 | $0.36 | | $2,826.00 | $282.60 | | | | $55.73 | | $1,065.12 | | $487.04 |
| 5/29/2023 | 57 | $0.36 | | $2,826.00 | $282.60 | | | | $55.73 | | $1,065.12 | | $487.04 |
| 6/29/2023 | 58 | $0.36 | | $2,826.00 | $282.60 | | | | $55.73 | | $1,065.12 | 8 at | $487.04 |
| 7/29/2023 | 59 | $0.54 | | $2,826.00 | $282.60 | | | | $55.73 | | $1,065.12 | | $487.00 |
| 8/29/2023 | 60 | $1.10 | 10 at | $2,826.00 | $282.60 | 16 at | | 10 at | $55.73 | 11 at | $1,065.12 | 2 at | $487.00 |
| | | | | | | | | | | | | | |
| $0 UNS | | $4,571.93 | | $142,975.51 | $14,297.55 | | $2,500.00 | | $2,700.00 | | $61,700.36 | | $21,974.40 |
| PER OBJS --- | | $1.00 | | | | | ATTY | | CLM 350 | | CLM 006 | | CLM 106 |
| SL W TIERS | | 457193% | | | | | $2,500.00 | | $ 2,700.00 | | ONGOING | | $ 21,974.40 |
| | LIQUIDITY - $0.00 | | | | | | | | | | $ 63,830.60 | | |
| | DI - $2383 | | | | | | | | | | | | |

| DUE DATE 29TH | | | CLAIM 008 SUNSET COVE HOA ARR | | CLAIM 001 ENCORE AUTO NISSAN SENTRA | | CLAIM 004 RIVIERA AUTO TOYOTA CAMRY | | CLAIM 010 US DEPT ED IBR | | CLAIM 002 US DEPT HUD 2ND MTG | | CLM 306 PPMF CARRINGTON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | | | | |
| 9/29/2018 | 1 | | $24.14 | | $318.00 | | $79.00 | | | | 1 at | DUE 10.2043 | |
| 10/29/2018 | 2 | | $24.14 | | $318.00 | | $79.00 | | | | | | |
| 11/29/2018 | 3 | | $24.14 | | $318.00 | | $79.00 | | | | | | |
| 12/29/2018 | 4 | | $24.14 | | $318.00 | | $79.00 | | | | | | |
| 1/29/2019 | 5 | 5 at | $24.14 | | $318.00 | | $79.00 | 5 at | | 4 at | | | |
| 2/28/2019 | 6 | | $37.93 | | $318.00 | | $79.00 | | $124.00 | 1 at | POC 5 | | |
| 3/29/2019 | 7 | 2 at | $37.93 | 7 at | $318.00 | 7 at | $79.00 | 2 at | $124.00 | 1 at | WELLS FARGO | | |
| 4/29/2019 | 8 | | | | | | | | | 1 at | SEC CC | | |
| 5/29/2019 | 9 | 2 at | | 2 at | | 2 at | | 2 at | | 1 at | SURR | | |
| 6/29/2019 | 10 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 7/29/2019 | 11 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 8/29/2019 | 12 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 9/29/2019 | 13 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 10/29/2019 | 14 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 11/29/2019 | 15 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 12/29/2019 | 16 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 1/29/2020 | 17 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 2/29/2020 | 18 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 3/29/2020 | 19 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 4/29/2020 | 20 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 5/29/2020 | 21 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 6/29/2020 | 22 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 7/29/2020 | 23 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 8/29/2020 | 24 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 9/29/2020 | 25 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 10/29/2020 | 26 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 11/29/2020 | 27 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 12/29/2020 | 28 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 1/29/2021 | 29 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 2/28/2021 | 30 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 3/29/2021 | 31 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 4/29/2021 | 32 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 5/29/2021 | 33 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 6/29/2021 | 34 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 7/29/2021 | 35 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 8/29/2021 | 36 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 9/29/2021 | 37 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 10/29/2021 | 38 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 11/29/2021 | 39 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 12/29/2021 | 40 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 1/29/2022 | 41 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 2/28/2022 | 42 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 3/29/2022 | 43 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 4/29/2022 | 44 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 5/29/2022 | 45 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 6/29/2022 | 46 | | $39.42 | | $330.50 | | $82.16 | | $128.87 | | | | |
| 7/29/2022 | 47 | 38 at | $39.42 | 38 at | $330.50 | 38 at | $82.16 | 38 at | $128.87 | | | | |
| 8/29/2022 | 48 | | | | | | | | | | | | |
| 9/29/2022 | 49 | 2 at | | 2 at | | 2 at | | 2 at | | | | | |
| 10/29/2022 | 50 | 1 at | $39.42 | 1 at | $330.50 | 1 at | $82.16 | 1 at | $128.87 | | | 50 at | |
| 11/29/2022 | 51 | | $47.31 | | $396.60 | | $98.60 | | $154.61 | | | | $25.00 |
| 12/29/2022 | 52 | | $47.31 | | $396.60 | | $98.60 | | $154.61 | | | | $25.00 |
| 1/29/2023 | 53 | | $47.31 | | $396.60 | | $98.60 | | $154.61 | | | | $25.00 |
| 2/28/2023 | 54 | | $47.31 | | $396.60 | | $98.60 | | $154.61 | | | | $25.00 |
| 3/29/2023 | 55 | | $47.31 | | $396.60 | | $98.60 | | $154.61 | | | | $25.00 |
| 4/29/2023 | 56 | | $47.31 | | $396.60 | | $98.60 | | $154.61 | | | | $25.00 |
| 5/29/2023 | 57 | | $47.31 | | $396.60 | | $98.60 | | $154.61 | | | | $25.00 |
| 6/29/2023 | 58 | 8 at | $47.31 | | $396.60 | | $98.60 | | $154.61 | | | | $25.00 |
| 7/29/2023 | 59 | 1 at | $47.20 | 9 at | $396.60 | | $98.60 | | $154.61 | | | | $25.00 |
| 8/29/2023 | 60 | 1 at | $47.00 | 1 at | $396.24 | 10 at | $98.60 | 10 at | $154.61 | 51 at | | 10 at | $25.00 |
| | | | | | | | | | | | | | |
| $0 UNS | | | $2,206.62 | | $19,081.14 | | $4,743.24 | | $6,820.03 | | | | $250.00 |
| PER OBJS --- | | | CLM 008 | | CLM 001 | | CLM 004 | | CLM 010 | | CLM 002 | | CLM 306 |
| SL W TIERS | | | PD @ 18% | | PD @ 6.5% | | PD @ 6.5% | | IBR TOWARDS: | | | | 250.00 |
| | | LIC | $ 2,206.62 | | $ 19,081.14 | | $ 4,743.24 | | $ 16,154.39 | | | | |
| | | | | | | | | 2007 TOYOTA | 6820.00 | | | | |

| DUE DATE | | | CLM 406 |
|---|---|---|---|
| **29TH** | | | PP ARREARS |
| | | | CARRINGTON |
| | 60 | | |
| 9/29/2018 | 1 | | |
| 10/29/2018 | 2 | | |
| 11/29/2018 | 3 | | |
| 12/29/2018 | 4 | | |
| 1/29/2019 | 5 | | |
| 2/28/2019 | 6 | | |
| 3/29/2019 | 7 | | |
| 4/29/2019 | 8 | | |
| 5/29/2019 | 9 | | |
| 6/29/2019 | 10 | | |
| 7/29/2019 | 11 | | |
| 8/29/2019 | 12 | | |
| 9/29/2019 | 13 | | |
| 10/29/2019 | 14 | | |
| 11/29/2019 | 15 | | |
| 12/29/2019 | 16 | | |
| 1/29/2020 | 17 | | |
| 2/29/2020 | 18 | | |
| 3/29/2020 | 19 | | |
| 4/29/2020 | 20 | | |
| 5/29/2020 | 21 | | |
| 6/29/2020 | 22 | | |
| 7/29/2020 | 23 | | |
| 8/29/2020 | 24 | | |
| 9/29/2020 | 25 | | |
| 10/29/2020 | 26 | | |
| 11/29/2020 | 27 | | |
| 12/29/2020 | 28 | | |
| 1/29/2021 | 29 | | |
| 2/28/2021 | 30 | | |
| 3/29/2021 | 31 | | |
| 4/29/2021 | 32 | | |
| 5/29/2021 | 33 | | |
| 6/29/2021 | 34 | | |
| 7/29/2021 | 35 | | |
| 8/29/2021 | 36 | | |
| 9/29/2021 | 37 | | |
| 10/29/2021 | 38 | | |
| 11/29/2021 | 39 | | |
| 12/29/2021 | 40 | | |
| 1/29/2022 | 41 | | |
| 2/28/2022 | 42 | | |
| 3/29/2022 | 43 | | |
| 4/29/2022 | 44 | | |
| 5/29/2022 | 45 | | |
| 6/29/2022 | 46 | | |
| 7/29/2022 | 47 | | |
| 8/29/2022 | 48 | | |
| 9/29/2022 | 49 | | |
| 10/29/2022 | 50 | 50 at | |
| 11/29/2022 | 51 | | $213.03 |
| 12/29/2022 | 52 | | $213.03 |
| 1/29/2023 | 53 | | $213.03 |
| 2/28/2023 | 54 | | $213.03 |
| 3/29/2023 | 55 | | $213.03 |
| 4/29/2023 | 56 | | $213.03 |
| 5/29/2023 | 57 | | $213.03 |
| 6/29/2023 | 58 | 8 at | **$213.03** |
| 7/29/2023 | 59 | | $213.00 |
| 8/29/2023 | 60 | 2 at | **$213.00** |
| | | | |
| $0 UNS | | | $2,130.24 |
| PER OBJS --- | | | CLM 406 |
| SL W TIERS | | | 2130.24 |
| | | LIC | |

| DUE DATE 29TH | | | | | | FINAL | |
|---|---|---|---|---|---|---|---|
| | 60 | | | | | | |
| 9/29/2018 | 1 | | | | | | |
| 10/29/2018 | 2 | | | | | | |
| 11/29/2018 | 3 | | | | | | |
| 12/29/2018 | 4 | | | | | | |
| 1/29/2019 | 5 | | | | | | |
| 2/28/2019 | 6 | | | | | | |
| 3/29/2019 | 7 | | | | | | |
| 4/29/2019 | 8 | | | | | | |
| 5/29/2019 | 9 | | | | | | |
| 6/29/2019 | 10 | | | | | | |
| 7/29/2019 | 11 | | | | | | |
| 8/29/2019 | 12 | | | | | | |
| 9/29/2019 | 13 | | | | | | |
| 10/29/2019 | 14 | | | | | | |
| 11/29/2019 | 15 | | | | | | |
| 12/29/2019 | 16 | | | | | | |
| 1/29/2020 | 17 | | | | | | |
| 2/29/2020 | 18 | | | | | | |
| 3/29/2020 | 19 | | | | | | |
| 4/29/2020 | 20 | | | | | | |
| 5/29/2020 | 21 | | | | | | |
| 6/29/2020 | 22 | | | | | | |
| 7/29/2020 | 23 | | | | | | |
| 8/29/2020 | 24 | | | | | | |
| 9/29/2020 | 25 | | | | | | |
| 10/29/2020 | 26 | | | | | | |
| 11/29/2020 | 27 | | | | | | |
| 12/29/2020 | 28 | | | | | | |
| 1/29/2021 | 29 | | | | | | |
| 2/28/2021 | 30 | | | | | | |
| 3/29/2021 | 31 | | | | | | |
| 4/29/2021 | 32 | | | | | | |
| 5/29/2021 | 33 | | | | | | |
| 6/29/2021 | 34 | | | | | | |
| 7/29/2021 | 35 | | | | | | |
| 8/29/2021 | 36 | | | | | | |
| 9/29/2021 | 37 | | | | | | |
| 10/29/2021 | 38 | | | | | | |
| 11/29/2021 | 39 | | | | | | |
| 12/29/2021 | 40 | | | | | | |
| 1/29/2022 | 41 | | | | | | |
| 2/28/2022 | 42 | | | | | | |
| 3/29/2022 | 43 | | | | | | |
| 4/29/2022 | 44 | | | | | | |
| 5/29/2022 | 45 | | | | | | |
| 6/29/2022 | 46 | | | | | | |
| 7/29/2022 | 47 | | | | | | |
| 8/29/2022 | 48 | | | | | | |
| 9/29/2022 | 49 | | | | | | |
| 10/29/2022 | 50 | | | | | | |
| 11/29/2022 | 51 | | | | | | |
| 12/29/2022 | 52 | | | | | | |
| 1/29/2023 | 53 | | | | | | |
| 2/28/2023 | 54 | | | | | | |
| 3/29/2023 | 55 | | | | | | |
| 4/29/2023 | 56 | | | | | | |
| 5/29/2023 | 57 | | | | | | |
| 6/29/2023 | 58 | | | | | | |
| 7/29/2023 | 59 | | | | | | |
| 8/29/2023 | 60 | 60 at | 60 at | 60 at | 60 at | 60 at | |
| | | | | | | | |
| $0 UNS | | | | | | | |
| PER OBJS --- | | | | | | | |
| SL W TIERS | | | | | | | |
| | LIC | | | | | | |