**ORDERED.**

**Dated: November 15, 2022**

Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida**
**Orlando Division**

In re:  Case No: 6:18-bk-05301-GER

**FITZ C MCKINZIE**

                    Debtor   /            Chapter 13

**ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN**

    **THIS CAUSE** came before the Court without a hearing upon the Debtor's Motion to Modify Confirmed Plan, (Document No.97) and the Consent filed by the Trustee (Document No.101). The Trustee, in her review of the Motion to Modify, noted the Debtor certified that all creditors and interested parties had received a copy of the Motion. The Court having noted that all issues are resolved by this Order and/or were resolved at the hearing, it is hereby

    **ORDERED AND ADJUDGED:**

    1.  That the Debtor's Motion is granted, and the Order Confirming Chapter 13 Plan is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

    2.  All other provisions of the Order Confirming Chapter 13 Plan entered by this Court on March 07, 2019 shall remain the same and in full force and effect.

    3.  The Debtor, Debtor's Counsel, each Creditor, and creditor's counsel are each responsible for their own independent review of this confirmation order and the distribution of the Plan payments set forth herein. Further, the numbers in the exhibit to the Confirmation Order reflect the disbursement codes that will be used for all funds received by the Trustee. The Debtor, Debtor's Counsel, each Creditor, and creditor's counsel are each responsible for their own independent review of said disbursement codes as well. DUE TO THE RES JUDICATA EFFECT OF THE CONFIRMATION ORDER AND THE SPECIFIC PROVISIONS THEREIN, IT IS IMPERATIVE THAT COUNSEL FOR ALL INTERESTED PARTIES REVIEW THIS ORDER THOROUGHLY AND TIMELY TAKE ALL STEPS NECESSARY TO CORRECT ANY PERCEIVED INACCURACIES.

6:18-bk-05301-GER    ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

Exhibit "A"

| Claim Nbr. | | Claim Type | Claim Amount | Claim Allowed | Notes | Monthly Payments | |
|---|---|---|---|---|---|---|---|
| AT | Matthew R Gross | Attorney Fee | $2,500.00 | $2,500.00 | | | |
| | | | | | | 01-07/ | $100.00 |
| | | | | | | 08-09/ | $0.00 |
| | | | | | | 10-10/ | $100.00 |
| | | | | | | 11-44/ | $50.00 |
| 001 | Encore Automotive Acceptance | Secured By Vehicle | $16,253.53 | $19,081.14 | ( 1 ) | | |
| | | | | | | 01-07/ | $318.00 |
| | | | | | | 08-09/ | $0.00 |
| | | | | | | 10-47/ | $330.50 |
| | | | | | | 48-49/ | $0.00 |
| | | | | | | 50-50/ | $330.50 |
| | | | | | | 51-59/ | $396.60 |
| | | | | | | 60-60/ | $396.24 |
| 002 | U.S. Department Of Hud | Ongoing Mortgage | $22,643.86 | $0.00 | ( 2 ) | | |
| 003 | Regional Acceptance Corporation | General Unsecured | $3,083.00 | $0.00 | ( 3 ) | | |
| 004 | Riviera Auto Sales South | Secured By Vehicle | $4,040.00 | $4,743.24 | ( 4 ) | | |
| | | | | | | 01-07/ | $79.00 |
| | | | | | | 08-09/ | $0.00 |
| | | | | | | 10-47/ | $82.16 |
| | | | | | | 48-49/ | $0.00 |
| | | | | | | 50-50/ | $82.16 |
| | | | | | | 51-60/ | $98.60 |
| 005 | Wells Fargo Card Services | Secured | $1,132.64 | $0.00 | ( 5 ) | | |
| 006 | Carrington Mortgage Services, Llc | Ongoing Mortgage | $191,208.66 | $0.00 | ( 6 ) | | |
| | | | | | | 01-07/ | $1,093.02 |
| | | | | | | 08-09/ | $0.00 |
| | | | | | | 10-14/ | $1,311.63 |
| | | | | | | 15-18/ | $1,245.63 |
| | | | | | | 19-19/ | $1,245.57 |
| | | | | | | 20-29/ | $1,063.61 |
| | | | | | | 30-41/ | $1,043.32 |
| | | | | | | 42-47/ | $1,065.12 |
| | | | | | | 48-49/ | $0.00 |
| | | | | | | 50-60/ | $1,065.12 |
| 007 | Atlas Acquisitions, Llc | General Unsecured | $3,450.48 | $0.00 | ( 7 ) | | |

| 6:18-bk-05301-GER | | ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN | | | | |
|---|---|---|---|---|---|---|
| 008 | Sunset Cove Hoa At Sunset Cover, Inc | Secured | $1,448.29 | $2,206.62 | ( 8 ) | |
| | | | | | 01-05/ | $24.14 |
| | | | | | 06-07/ | $37.93 |
| | | | | | 08-09/ | $0.00 |
| | | | | | 10-47/ | $39.42 |
| | | | | | 48-49/ | $0.00 |
| | | | | | 50-50/ | $39.42 |
| | | | | | 51-58/ | $47.31 |
| | | | | | 59-59/ | $47.20 |
| | | | | | 60-60/ | $47.00 |
| 009 | Us Department Of Education | General Unsecured | $16,154.39 | $0.00 | ( 9 ) | |
| 010 | Us Department Of Education | Priority | $15,987.02 | $6,820.03 | ( 10 ) | |
| | | | | | 01-05/ | $0.00 |
| | | | | | 06-07/ | $124.00 |
| | | | | | 08-09/ | $0.00 |
| | | | | | 10-47/ | $128.87 |
| | | | | | 48-49/ | $0.00 |
| | | | | | 50-50/ | $128.87 |
| | | | | | 51-60/ | $154.61 |
| 106 | Carrington Mortgage Services, Llc | Mortgage Arrears | $21,974.40 | $21,974.40 | ( 11 ) | |
| | | | | | 01-06/ | $366.24 |
| | | | | | 07-07/ | $170.45 |
| | | | | | 08-09/ | $0.00 |
| | | | | | 10-19/ | $384.45 |
| | | | | | 20-44/ | $370.73 |
| | | | | | 45-47/ | $405.86 |
| | | | | | 48-49/ | $0.00 |
| | | | | | 50-50/ | $405.86 |
| | | | | | 51-58/ | $487.04 |
| | | | | | 59-60/ | $487.00 |
| 306 | Carrington Mortgage Services, Llc | Secured | $250.00 | $250.00 | ( 12 ) | |
| | | | | | 01-50/ | $0.00 |
| | | | | | 51-60/ | $25.00 |
| 350 | Matthew R Gross | Monitoring Fees | $2,700.00 | $2,700.00 | | |
| | | | | | 01-09/ | $0.00 |
| | | | | | 10-19/ | $65.00 |
| | | | | | 20-47/ | $50.00 |
| | | | | | 48-49/ | $0.00 |
| | | | | | 50-50/ | $92.70 |
| | | | | | 51-60/ | $55.73 |
| 406 | Carrington Mortgage Services, Llc | Other Arrears | $2,130.24 | $2,130.24 | ( 13 ) | |
| | | | | | 01-50/ | $0.00 |
| | | | | | 51-58/ | $213.03 |
| | | | | | 59-60/ | $213.00 |

6:18-bk-05301-GER              ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

| | | |
|---|---|---|
| Note ( | 1) | PURSUANT TO ORDER DATED 3/6/2019 CLAIM SHALL BE PAID AT 6.5% INTEREST. |
| Note ( | 2) | DUE IN OCTOBER 2043 |
| Note ( | 3) | PURSUANT TO ORDER DATED 2/26/2019 CLAIM IS DISALLOWED. (3001) |
| Note ( | 4) | PAID AT 6.5% INTEREST |
| Note ( | 5) | CLAIM REPRESENTS AMENDED CLAIM NO. 4-2<br>COLLATERAL FOR THIS CLAIM TO BE SURRENDERED |
| Note ( | 6) | PURSUANT TO PROOF OF CLAIM PRINCIPLE DUE AMOUNT $191,208.66.<br>THIS CLAIM TRANSFERRED TO CARRINGTON MORTGAGE SERVICES, LLC - DOC #77. |
| Note ( | 7) | PURSUANT TO ORDER DATED 2/25/2019 CLAIM IS DISALLOWED. (3001)<br>ADDRESS CHANGE PER NOTICE - DOC #85. |
| Note ( | 8) | CLAIM REPRESENTS AMENDED CLAIM NO. 8-2<br>PAID AT 18% INTEREST |
| Note ( | 9) | CLAIM WITHDRAWN 3/6/2019 |
| Note ( | 10) | PRIORITY CLAIM BY US DEPT OF ED BEING TREATED AS IN REPAYMENT STATUS FOR STUDENT LOANS. CREDITOR IS DIRECTED TO APPLY FUNDS RECEIVED TO THE LOAN.<br><br>PLAN PROVIDES FOR INCOME BASED REPAYMENT OF $124.00 PER MONTH. |
| Note ( | 11) | THIS CLAIM TRANSFERRED TO CARRINGTON MORTGAGE SERVICES, LLC - DOC #77. |
| Note ( | 12) | POST PETITION MORTGAGE FEES |
| Note ( | 13) | POST PETITION ARREARS |

## Debtor Payments to the Trustee

| Months | Amount |
|---|---|
| 1-3 | $2,418.67 |
| 4-5 | $2,630.00 |
| 6-6 | $2,383.00 |
| 7-7 | $2,136.00 |
| 8-9 | $0.00 |
| 10-19 | $2,859.60 |
| 20-46 | $2,383.00 |
| 47-47 | $2,360.50 |
| 48-49 | $0.00 |
| 50-50 | $2,383.00 |
| 51-60 | $2,826.00 |

6:18-bk-05301-GER                    ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

ONLY TIMELY FILED CREDITORS SHALL BE PAID PRO RATA FROM FUNDS AVAILABLE AFTER PAYMENT OF PRIORITY AND SECURED CLAIMS.
Variations in distributions between the debtor's plan and this Order shall be resolved in favor of this Order.

NOTICE TO ALL CREDITORS LISTED ABOVE: In an effort to disburse all funds held by the Trustee on a monthly basis, it is possible that you may on occasion receive partial payment. However, the Claim Allowed by this Court will be paid in full by the end of the Debtor's plan. All undesignated funds will be distributed to unsecured creditors.

ALL TAX RETURNS must be provided to the Trustee annually by April 30. All future refunds from the Internal Revenue Service shall be turned over to the Chapter 13 Standing Trustee for distribution to unsecured creditors.

ACCORDING TO THE CONFIRMED CHAPTER 13 PLAN, or any modified plan thereafter, the last regular monthly mortgage payment to be paid through the Chapter 13 Trustee's office is August 29, 2023. Therefore, it is important that the Debtor resumes their regular monthly mortgage payments directly to the mortgage creditor thereafter.

Trustee Laurie K. Weatherford is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.