**[dntcclm]**[Notice of Claim(s) filed by Debtor/Trustee]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:18−bk−05301−GER
Chapter 13

Fitz C McKinzie

_____Debtor*_____/

NOTICE OF CLAIM(S) FILED BY DEBTOR/TRUSTEE

TO:

Sunset Cove HOA at Sunset Cover, Inc.
Daytona Realty and Property Management
1326 S. Ridgewood Ave.
Ste 6
Daytona Beach, FL 32114

   Notice is given pursuant to Fed. R. Bankr. P. 3004 that the Debtor filed a claim on your behalf in the above captioned matter on February 09, 2023, in the amount of $1,448.29.  The filing of a proof of claim by you, according to Fed. R. Bankr. P. 3002(c) or 3003(c), shall supersede the proof of claim filed by the Debtor(s)/Trustee.

   Dated on February 10, 2023.

                FOR THE COURT
                Sheryl L. Loesch, Clerk of Court
                George C. Young Federal Courthouse
                400 West Washington Street.
                Suite 5100
                Orlando, FL 32801

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.